United States District Court
Northern District of California

E-FILING
Filed
JUL 2 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# CRIMINAL COVER SHEET

**Instructions**: Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. Cameron Lacroix

**Case Number:**
CR14 00349 EJD HRL

**Total Number of Defendants:**
1 ☑ 2-7 ☐ 8 or more ☐

**Is This Case Under Seal?**
Yes ☐ No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐ No ☑

**Venue (Per Crim. L.R. 18-1):**
**SF** ☐ **OAK** ☐ **SJ** ☑ **EUR** ☐ **MON** ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐ No ☑

**Assigned AUSA (Lead Attorney):**
David R. Callaway

**Is this a RICO Act gang case?**
Yes ☐ No ☑

**Date Submitted:**
July 2, 2014

**Comments:**

Save Print Clear Form